

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-14-00121-CR |
| Trial Court Cause Number: | 1268863 |
| Style: | Paul Briones |
| | **v** The State of Texas |
| Date motion filed*: | August 31, 2015 |
| Type of motion: | Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | September 22, 2014 |
| Number of previous extensions granted: | 3, with no further extensions to be granted |
| Date Requested: | September 15, 2015 |

Ordered that motion is:

☒ Granted

If document is to be filed, document due: September 15, 2015

☒ **The Court will not grant additional motions to extend time.  If appellant's brief is not filed on or before September 15, 2015, the appeal will be abated and the case remanded to the trial court for appointment of new appellate counsel.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Terry Jennings
      ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: September 10, 2015